UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEAN COLEMAN,<br><br>Defendant. | 2:14-cr-00339-JCM-GWF<br><br>**ORDER FOR PRODUCTION OF VIDEO RECORDINGS** |

Upon the motion of the defendant (#21), and there being good cause:

IT IS HEREBY ORDERED that the Las Vegas Metropolitan Police Department shall produce to the Federal Public Defender's office in Las Vegas, Nevada by March 31, 2015:

Any and all audio and/or video recordings relating to event number 140927-2911, including but not limited to any and all video recordings from vehicle dash cameras, body cameras, or any video in LVMPD's possession from third party sources.

DATED this 20th day of March, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge