**FILED UNDER SEAL**

Prob12C
D/NV Form
Rev. March 2017

**United States District Court**
**for**
**the District of Nevada**

## PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Dean Coleman**

Case Number: **2:14CR00339**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **October 7, 2015**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **27 Months prison, followed by 36 Months TSR**

Date Supervision Commenced: **November 12, 2017**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Refrain From Unlawful Use of Controlled Substance - The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.**

A. On November 14, 2017, Coleman reported to the U.S. Probation office and submitted a drug test which tested positive for Marijuana, as confirmed by the laboratory. He denied using illegal substances, but admitted to being around individuals who were smoking the controlled substance.

On December 21, 2017, the offender tested positive for codeine and morphine, as confirmed by the laboratory. On December 27, 2017, the offender reported to the

U.S. Probation Office and met with the undersigned. He was admonished for his drug usage and admitted to taking cough syrup. The offender stated he had a severe cold and claims his grandmother made him a tea, but later found out she had mixed it with her prescribed medication.

B. Coleman failed to report for drug testing on December 30, 2017, and January 9, 2018.

2. **<u>Shall Not Commit Crime</u>** - **The defendant shall not commit another federal state or local crime**

On January 18, 2018, Coleman committed the offense of Felon in Possession of Firearm.

On January 18, 2018, the undersigned officer was contacted via telephone at 11:11 P.M. by an officer with the Las Vegas Metropolitan Police Department advising they had conducted a traffic stop on the offender. Coleman consented to a search and a firearm was located in the vehicle he was driving.

3. **<u>Weapons Restriction</u>** - **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

As evidenced by allegation #1, on January 18, 2018, the offender was in possession of a firearm when contacted by an officer with the Las Vegas Metropolitan Police Department.

4. **<u>Report Law Enforcement Contact</u>** - **The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer**

On November 17, 2017, Las Vegas Metropolitan Police Department (LVMPD) Detective Briganti notified the undersigned officer that the offender was contacted and questioned at a gang party on November 15, 2017.

Coleman was in attendance at a party at a local hotel to celebrate the death and birthdays of three (3) deceased HTO gang members. The offender failed to report this contact to his probation officer.

On January 10, 2018, the offender reported to the U.S. Probation Office and met with this officer. Coleman acknowledged to being contacted and questioned by Law Enforcement on November 15, 2017. Coleman stated he had forgotten about it. Moreover, Coleman admitted he knew the people at the party had a criminal history and were gang members.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

&boxtimes; Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **January 19, 2018**

Margarita Hernandez Powell
2018.01.19 14:57:01 -08'00'

_____
Margarita Hernandez Powell
United States Probation Officer

Approved:

Todd Fredlund
2018.01.19 14:52:48 -08'00'

_____
Niquita Loftis
Supervisory United States Probation Officer

Prob12C
D/NV Form
Rev. March 2017

## THE COURT ORDERS

☐ No Action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other:

_____
Signature of Judicial Officer

January 22, 2018
_____
Date

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. DEAN COLEMAN, 2:14CR00339

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### January 19, 2018

As way of case history, the offender commenced his supervision on November 12, 2017, in the Las Vegas Division. On November 14, 2017, he submitted a drug test which tested positive for Marijuana. He denied using illegal substances, but admitted to being around individuals who were smoking the controlled substance.

On November 20, 2017, the offender reported to the U.S. Probation Office and was admonished for his usage. Mr. Coleman was placed on the code-a-phone program, increased his drug testing, and referred to a substance abuse program. On December 7, 2017, the U.S. Probation Office received notification from Choices Group, the offender did not need drug treatment services at that time.

On December 21, 2017, the offender submitted a random drug test which tested positive for Codeine and morphine, as confirmed by the laboratory. On December 27, 2017, the offender reported to the U.S. Probation Office and met with the undersigned. He was admonished for his drug usage and admitted to taking cough syrup. The offender stated he had a severe cold and claims his grandmother made him a tea, but later found out she had mixed it with her prescribed medication. The offender was reminded he cannot be taking medication that is prescribed to someone else. He was returned to substance abuse counseling.

As reflected in allegation #4, On November 15, 2017, Coleman was contacted by officers with the LVMPD at a party attended by numerous gang members. According to a detective with LVMPD, Intel was obtained of a gang party at an unknown hotel. Later that night, 31 individuals, members of such gangs as HTO, Rolling 60's, Gerson Park Kingsman, Playboy Bloods, and a Delmann Heights Blood gang member, were contacted and detained by LVMPD, due to one individual discarding a .357 revolver on the floor of a hotel room in plain view of a security guard. Gang Vice Bureau (GVB) Investigators executed a search warrant and arrested ten (10) individuals. Additionally, a documented HTO gang member was in possession of a concealed Derringer firearm (reportedly stolen).

The offender has been on supervision for a period of 67 days and already has incurred a new law violation-Felon Possession of Firearm. As reflected in this petition, Coleman was contacted by an officer with LVMPD on January 18, 2018, wherein a gun was recovered from the vehicle he was operating. The offender was arrested and booked into county jail. At this time, an arrest report has not been provided and details are pending. As per Clark County Detention Center, the offender is scheduled for a 48 hours hearing on January 20, 2018, at 7:30 am. He currently has a $5,000.00 bond.

Based on the offender's violation conduct detailed in this petition, the U.S. Probation Office is requesting that a warrant be issued to initiate revocation proceedings. The offender has a criminal records dating back to 15 years old. His convictions include Robbery, Battery with Intent to Commit Crime (felony) at the age of 15, and his instant offense for Felon in Possession of a Firearm. Coleman is considered a danger to the community. As such, it is recommended he remain in custody pending his revocation hearing.

Respectfully submitted,

*m Hernandez Powell*
Margarita Hernandez Powell
2018.01.19 14:57:48 -08'00'

_____
Margarita Hernandez Powell
United States Probation Officer

Approved:

*Todd Fredlund* For
Todd Fredlund
2018.01.19 14:53:08 -08'00'
_____
Niquita Loftis
Supervisory United States Probation Officer