UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:14-CR-339 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| DEAN COLEMAN, | |
| Defendant(s). | |

Presently before the court is plaintiff United States of America's ("the government") motion to continue revocation hearing. (ECF No. 67). Defendant Dean Coleman opposes the motion. *Id.*

On June 26, 2018, the government provided defendant's counsel with a proposed global plea agreement in order to resolve this matter, as well as other charges stemming from the alleged violations of defendant's supervised release. (ECF No. 67).

On July 9, 2018, defendant's counsel informed the government that the defendant had rejected the global plea agreement. (ECF No. 67). However, the government now contends that it is not ready to proceed with the revocation hearing scheduled for July 10, 2018, because ATF SA LaRusso, a necessary witness for the government, is out of the district and not available to testify. *Id.* Accordingly, the government requests a two-week continuance. *Id.*

Defendant, who is incarcerated, objects to the continuance. (ECF No. 67).

As the government's witness will be unable to testify at defendant's hearing as currently scheduled, the court will grant the government's motion to continue hearing.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion to continue revocation hearing (ECF No. 67) be, and the same hereby is, GRANTED.

Defendant's revocation hearing is rescheduled for July 26, 2018 at 11:00 am.

DATED July 10, 2018.

　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE