CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 004349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563
E-Mail: contact@christopheroramlaw.com
Attorney for Defendant
DEAN COLEMAN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>DEAN COLEMAN<br>　　　　Defendants. | CASE NO. 2:14-cr-00339-JCM-GWF-1<br><br>**STIPULATION TO CONTINUE**<br>**REVOCATION HEARING DATE**<br>**(Seventh Request)** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Brian Y. Whang, Assistant United States Attorney, and Dean Coleman, by and through his attorney, Christopher R. Oram, that the Revocation Hearing in the above-captioned matter, now scheduled for January 3, 2019, at the hour of 10:30 am, be vacated and rescheduled to a date and time convenient to the Court, but not sooner than 45 days.

　　　This is the seventh overall and the third request by the undersigned for a continuance of the Revocation Hearing in this matter. This Stipulation is entered into for the following:

　　　1. Counsel for Mr. Coleman was appointed on July 24, 2018. The trial in the related case associated with this revocation hearing is scheduled for trial on January 22, 2019. The court in the related case recently held an Evidentiary Hearing on December 17, 2018. A second evidentiary hearing for the testimony of an additional witness will be scheduled in the near future (the parties are currently conferring on a date amenable to both parties and the witness).

　　　2. The defendant is in custody and does not object to this stipulation.

　　　3. Denial of this request could result in a miscarriage of justice.

1

4. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Revocation hearing date.

/s/ Brian Whang   01/02/2019     /s/ Christopher R. Oram     01/02/2019
BRIAN WHANG   DATE              CHRISTOPHER R. ORAM    DATE
Assistant United States Attorney  Counsel for Defendant Coleman

Based upon the Stipulation of the parties, and good cause appearing, the Court finds that:

1. The parties have stipulated to reschedule the revocation hearing date as presently scheduled.

2. This Court, being convinced that adequate showing has been made that were this request for a rescheduling of the dates to be denied, counsel would not have the necessary time to review the Presentence Investigation Report and submit any necessary objections based on the following:

   A. Counsel for Mr. Coleman was appointed on July 24, 2018. The trial in the related case associated with this revocation hearing is scheduled for trial on January 22, 2019. The court in the related case recently held an Evidentiary Hearing on December 17, 2018. A second evidentiary hearing for the testimony of an additional witness will be scheduled in the near future (the parties are currently conferring on a date amenable to both parties and the witness).

   B. The defendant is in custody and does not object to a continuance.

   C. Denial of this request could result in a miscarriage of justice.

   D. For all of the above-stated reasons, the ends of justice would best be served by a rescheduling of the Revocation hearing date.

## ORDER

IT IS ORDERED the Revocation hearing scheduled for January 3, 2019, at the hour of 10:30 am, be vacated and rescheduled to February 19, 2019, at the hour of 10:30 a.m.

DATED January 2, 2019.

_____
UNITED STATES DISTRICT JUDGE