THOMAS F. PITARO, ESQ.
Nevada bar No. 1332
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant -DEAN COLEMAN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-00339-JCM-GWF |
| Plaintiff, | |
| v. | |
| DEAN COLEMAN, | |
| Defendant | |

**STIPULATION AND ORDER TO CONTINUE PROABTION REVOCATION HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between THOMAS F. PITARO, ESQ. Counsel for Defendant DEAN COLEMAN and BRIAN Y WHANG, Assistant United States Attorney, that the Probation Revocation Hearing currently scheduled for September 18, 2020, at 10:30 a.m., be vacated and reset for *60 days* or a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA WHANG and he does not oppose to the continuance.

-1-

4. Counsel for Defendant needs additional time to go over the discovery and transcripts with client thoroughly.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Probation Revocation Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

DATED: September 16, 2020

| PITARO & FUMO, CHTD | NICHOLAS TRUTANICH<br>UNITED STATES ATTORNEY |
|---|---|
| /S/<br>THOMAS F. PITARO, ESQ.<br>601 LAS VEGAS BOULEVARD, S<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR THE DEFENDANT<br>DEAN COLEMAN | /S/<br>BRIAN Y WHANG, ESQ.<br>ASSISTANT UNITED STATES ATTORNEY<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR UNITED STATES OF AMERICA |

THOMAS F. PITARO, ESQ.
Nevada bar No. 1332
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant -DEAN COLEMAN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:14-CR-00339-JCM-GWF |
| Plaintiff, ) | |
| v. ) | |
| DEAN COLEMAN, ) | |
| Defendant ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA WHANG and he does not oppose to the continuance.

4. Counsel for Defendant needs additional time to go over the discovery and transcripts with client thoroughly.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Probation Revocation Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

### CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Probation Revocation Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

### ORDER

IT IS HEREBY ORDERED that the Probation Revocation Hearing currently scheduled for September 18, 2020, at 10:30 a.m., be continued to the 20th day of November, **2020** at 10:00 a.m., in courtroom 6A.

DATED September 18, 2020.

_____
U.S. DISTRICT JUDGE